IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD DEAN EDWARDS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4000 |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| *Defendant.* | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this case is DISMISSED WITH PREJUDICE to their being asserted again until the *Heck* conditions are met.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on October 31, 2018.

_____
Gray H. Miller
United States District Judge